# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                      **CASE NO.** 24-6325-01-BGS

**CRAIG D. DREES,**

      **Defendant.**

# CRIMINAL COMPLAINT

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

**Bank Robbery**
**[18 U.S.C. § 2113 (a)]**

On or about December 11, 2024, in the District of Kansas, the defendant,

**CRAIG D. DREES,**

by intimidation did take from the person or presence of another, money, belonging to and in the care, custody, control, management, and possession of Equity Bank, located in

Wichita, Kansas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

I further state that I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendant, **CRAIG D. DREES**, committed the offense set forth in this Complaint.

PAUL HERMAN
Task Force Officer, FBI

Attested to by the Affiant, in accordance with the requirements of Fed. R. Crim. P. 41(d)(3), by telephone or other reliable electronic means, to wit: Zoom conferencing on December 16, 2024.

HONORABLE BROOKS G. SEVERSON
United States Magistrate
District of Kansas

## **PENALTIES**

**Ct. 1: 18 U.S.C. § 2113(a) - Bank Robbery**

- Punishable by a term of imprisonment of not more than twenty (20) years. (18 U.S.C. § 2113(a)).

- A term of supervised release of not more than three (3) years. (18 U.S.C. §§ 3559(a)(3) and 3583(b)(2)).

- A fine not to exceed $250,000. (18 U.S.C. § 3571(b)(3)).

- A mandatory special assessment of $100.00. (18 U.S.C. § 3013(a)(2)(A)).