## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

I, Paul Herman, Detective of the Wichita Police Department and Task Force Officer of the Federal Bureau of Investigation, being duly sworn, state the following:

## INTRODUCTION

This Affidavit is being offered in support of an Application for Criminal Complaint for CRAIG D DREES a white male date of XX-XX-1969, for violation of Title 18 United States Code 2113 (a). I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), assigned to the Safe Streets Task Force and assigned to the Kansas City Field Division, Wichita Resident Agency since March 2016. I received my initial law enforcement training and instruction to become a law enforcement officer in 1994 at the Wichita-Sedgwick County Law Enforcement Training Center located in Wichita, Kansas where I received training concerning violations of criminal statutes as they relate to violations of the laws of the State of Kansas and the United States of America. After early assignments to various uniform assignments with the Wichita Police Department I was promoted to the rank of Detective and assigned to the Investigations Division in 2010. Since my promotion I have had assignments; 1) Night Investigations 2) DV/Sex crimes 3) Gang/Felony Assault 4) Homicide 5) Robbery 6) FBI Safe Streets Task Force. As a Detective I have arrested numerous individuals for violating Federal and State statutes with regards to possession, manufacture and sale of controlled substances, weapons, and other illegal contraband violations.

The statements contained in this affidavit are based on information known to me as a result of my participation in this investigation or on information provided to me by witnesses or other law enforcement personnel involved in this investigation. The statements are also based upon the collective experience of other law enforcement personnel involved in this investigation and on my own training and experience as a Detective.

## PROBABLE CAUSE

1. On December 11, 2024, at approximately 1612 hours, Wichita Police Officers responded to a bank robbery call at Equity Bank, 7701 E. Kellogg, Wichita, Sedgwick County, Kansas. Upon arrival, officers contacted multiple bank employees and learned that a white male dressed in a black hooded sweatshirt, black pants, black shoes with white soles, black gloves, and a mask had entered the business and demanded money by using a note. The bank teller gave the money to the suspect who placed the money in a red backpack that he had brought with him before leaving the business.

2. Detective E. Melon #1538 spoke with A.W. (30, W/M) who said that he was at the teller counter with another employee, G.C. (22, W/M), when a white male with all-black clothing and a black mask came into the business and pulled out a red backpack. He opened the backpack and there was a handwritten note that said, "Big bills" and G.C. began emptying the cash drawer into the backpack. Before the suspect left, A.W. said the male said, "Sorry, times are tough" and then he left the business with the backpack and money.

3. Detective P. Herman #1661 interviewed G.C. who said that he was working as a teller for the Equity Bank when an unknown race male wearing all black clothing, sunglasses, a black ski mask, and black cloth gloves approached his teller station. G.C. said the male pulled out a red bag with a black zipper and said, "I'm sorry, times are tough." He then opened the bag and inside the bag was a handwritten note that said, "Big bills, 100s." G.C. began to take the money from his cash drawer including $100 and $50 bills and placed them in the bag. As he was getting ready to place the $20 bills in the bag, the male said it was enough and he walked out. G.C. said he knew he was being robbed and was in fear for his safety.

4. Officers at the scene were able to obtain video surveillance from the Equity Bank that showed the suspect inside the bank. The bank video also showed that the suspect approached the bank on foot from the south and west. After the robbery was committed, the suspect left the bank, running on foot, back to the southwest.

5. Additional searches of the area resulted in the suspect being observed on a FLOCK camera at Davis Moore and Longfellow, southwest of the bank, which showed the same male walking in the street wearing the same clothing at 1608 hours, just minutes before the bank robbery.

6. Officer P. Mulloy #2440 located video surveillance at 600 S. Longfellow, Wichita, Sedgwick County, Kansas, and contacted the homeowner, Ralph Conrad (69, W/M), who allowed Officer Mulloy to review the surveillance. Officer Mulloy observed the suspect in all-black clothing walk east along the south concrete wall of Davis Moore

at 1608 hours. The same male was observed about 4 minutes later running back to the west along the same wall.

7. Officer Mulloy then learned that the suspect was observed exiting the Blue Way Inn and Suites, 536 S. Calhoun, Wichita, Sedgwick County, Kansas. Officer Mulloy contacted the motel owner, Hasu Bhakta (60, A/M), who allowed Officer Mulloy to review the video surveillance. The video showed the male suspect exiting room 217 at 1604 hours, putting a pair of black gloves into his pockets. The subject who exited the room was wearing a black hooded sweatshirt, black pants, and black shoes with white soles, matching the suspect's description from the robbery. A male wearing the same clothing returned to the motel at 1615 hours and entered room 217. Officers continued to watch the video surveillance at the Blue Way Inn and Suites. They observed the male exit room 217 at approximately 1707 hours and leave the property after changing his clothes and leaving with a gray backpack.

8. Video surveillance showed that the male left the Blue Way Inn and Suites and walked to the Red Roof Inn at 7335 E. Kellogg, Wichita, Sedgwick County, Kansas. Once at the Red Roof Inn, the male milled about the parking lot until he was picked up in a blue Chrysler Town and Country minivan with Kansas tag 3327AHE. The male got into the minivan and left the area.

9. Officer Mulloy, who reviewed the Blue Way Inn and Suites video surveillance from before and after the bank robbery, was shown a photograph of the suspect from the Equity Bank and confirmed that it was the same subject that he saw going in and out of room 217 before and after the bank robbery.

4

10. While officers were watching the video surveillance from the Blue Way Inn and Suites, they noticed a female exit room 217 before the suspect left at 1711 hours. The female was identified as Lacie R. Adame (32, W/F) and she was located at the Red Roof Inn. Detective P. Herman spoke with Lacie about who was in room 217 with her and she said the room was rented by Craig D. Drees (54, W/M). She said Drees was dating the mother of Sean Collins-Chebultz (32, W/M). Lacie said she and Sean left the motel room, but Drees stayed behind. Lacie was shown a video of the suspect coming and going from the room and she identified the male as Drees. She said Drees was wearing the all-black clothing when she saw him at the motel room and noted that he had a similar "limp" when he walked as the male she saw on the video surveillance.

11. On December 12, 2024, Officer D. Stull #2384 conducted additional follow-up on the movements of the minivan after the suspect was picked up. Officer Stull noted that the vehicle was observed on the FLOCK camera system at 1719 hours on December 11, 2024, at Harry and Hillside, going south. The next hit on the FLOCK system was at 1735 hours on December 11, 2024, at Pawnee and I-135, going west.

12. Officer Stull contacted management at the QuikTrip located at 3106 E. Pawnee, Wichita, Sedgwick County, Kansas to look at their video surveillance. While reviewing the video, Officer Stull noted the minivan was at the QuikTrip at approximately 1722 hours and remained there until approximately 1740 hours. While the minivan was in the parking lot, Drees exited the minivan and entered the QuikTrip where he was with a female, later identified as Laura Prouse (35, W/F), and Sean. They made a purchase inside the store before leaving in the minivan.

13. On December 12, 2024, Wichita Police Officers located the minivan in the parking lot at 1920 N. Rock, Wichita, Sedgwick County, Kansas. The officers contacted the driver, Laura, who denied consent to search her vehicle stating that she was afraid of what someone might have left inside of the vehicle that she was not aware of. While officers were speaking with Laura and her passenger, Sean, officers observed a gray backpack on the rear seat of the minivan that matched the description of the backpack Drees left the motel with.

14. Detective Vandermolen spoke with Sean who said that Drees was at the motel room at the Blue Way on the day of the robbery and he was dressed in all black. Sean said he remembered seeing a red bag with a zipper, similar to the bag used during the bank robbery, in the motel room before the robbery.

15. Sean said the bag was sitting on a table inside of the room, but he did not know where the bag was after the robbery because Drees came back into the room and told them they needed to pack up their things and leave.

16. Sean further said they he was getting a ride with Laura from the Red Roof Inn when Drees approached them and asked for a ride. He said Drees told him he needed to get out of the area and asked for a ride. They agreed to give Drees a ride from the Red Roof Inn and they went to the QuikTrip in the area of Pawnee and Hillside, Wichita, Sedgwick County, Kansas, where Drees gave them US currency to purchase food. Sean said Drees also put gas in the minivan for Laura since she was driving them.

17. After they left the QuikTrip, Sean said Drees wanted a ride to a gas station at Harry and Hydraulic, Wichita, Sedgwick County, Kansas because he wanted to use the gambling machines in the gas station. Sean said he and Laura stayed with Drees, playing the machines, after Drees gave them $100 bills to play. Sean thought Drees had given him about $200 and he was unsure how much money Laura got or how much money Drees used.

18. Sean said that he and Laura left Drees at the gas station, and they went home. He said sometime later, he got a phone call from his mother, Melissa Pauler (48, W/F), who said that she and Drees were about to "pull up" and when they did, Drees gave Sean another $200 in US currency before Drees left. Sean said he had not seen Drees since that happened around 2300 hours on December 11, 2024.

19. While Officer B. McElwain #2552 was speaking with Sean, he learned that Sean's mother, Melissa, was dating Drees and she was on her way to pick him up in Derby, Kansas. Officer McElwain continued to receive updates about Drees's location, and he was located at 324 N. Georgie, Derby, Sedgwick County, Kansas where he was taken into custody.

20. Detective P. Herman and Special Agent T. Coleman attempted to conduct a post-Miranda interview with Drees, but he did not wish to make a statement.

21. At the time of the robbery, the deposits of Equity Bank were federally insured by the FDIC.

FURTHER AFFIANT SAYETH NAUGHT.

_____
PAUL HERMAN
FBI Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me via Zoom hearing on December 16, 2024

_____
HONORABLE BROOKS G. SEVERSON
UNITED STATES MAGISTRATE JUDGE