# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                            **CASE NO. 6:24-cr-10147-EFM**

**CRAIG D. DREES,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Bank Robbery**
**[18 U.S.C. § 2113 (a)]**

On or about December 11, 2024, in the District of Kansas, the defendant,

## CRAIG D. DREES,

by force, violence and intimidation did take from the person or presence of another, money, belonging to and in the care, custody, control, management, and possession of

Equity Bank, located in Wichita, Kansas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## **FORFEITURE NOTICE**

1.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of one or more of the offense set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including, but not limited to:

    A.  a forfeiture money judgement against the defendant in an amount equal to the amount of gross proceeds obtained or derived by him from the commission of Count 1.

3. If any of the property described above, as a result of any act or omission of the defendant:

    A.  cannot be located upon the exercise of due diligence;
    B.  has been transferred or sold to, or deposited with, a third party;
    C.  has been placed beyond the jurisdiction of the court;

D. has been substantially diminished in value; or

E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

December 17, 2024　　　　　　　　　 s/Foreperson
DATE　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Kari Burks
KARI BURKS
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: kari.burks@usdoj.gov
Ks. S. Ct. No. 24171

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Ct. 1: 18 U.S.C. § 2113(a) - Bank Robbery**

- Punishable by a term of imprisonment of not more than twenty (20) years.  (18 U.S.C. § 2113(a)).

- A term of supervised release of not more than three (3) years.  (18 U.S.C. §§ 3559(a)(3) and 3583(b)(2)).

- A fine not to exceed $250,000.  (18 U.S.C. § 3571(b)(3)).

- A mandatory special assessment of $100.00.  (18 U.S.C. § 3013(a)(2)(A)).