COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 1/3/25

United States of America,

    Plaintiff,

v.

Craig D. Drees,

    Defendant.

Case No. 24-10147-01-EFM

JUDGE: ☐ Birzer ☒ Severson
DEPUTY CLERK: ☒ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Kari Burks
DEFENSE COUNSEL: Ellen Albritton
TAPE NO.: 1:33 - 2:13

## PROCEEDINGS

- ☐ Initial Appearance
- ☐ Initial Rule 5(c)(3)
- ☐ Sentencing
- ☒ In-Court Hearing: Mtn Hrg (14 min)
- ☐ Arraignment    ☐ Reading waived
- ☒ Detention Hearing (1:47-2:13)
- ☐ Preliminary Hearing
- ☐ Change of Plea
- ☐ Read to Defendant
- ☐ Bond Rev. Hrg
- ☐ Pretrial Conference
- ☐ Not Guilty Plea Entered

- ☐ Complaint  ☒ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☒ No. Counts: 1  ☒ Forfeiture
- ☒ Felony  ☐ Misdemeanor
- ☐ Charges/Viols. and penalties explained to Defendant
- ☐ Constitutional rights explained
- ☐ Defendant affirmation/sworn  ☐ Examined re: financial status  ☐ Counsel appointed
- ☐ Due Process Protections Act advisement given
- ☐ Defendant given Consular Notification
- ☐ Advised of rights under Rule  ☐ 20  ☐ 5(c)(3)  ☐ Transfer to: _____
- ☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

- ☒ Oral Motion by ☒ Government / ☐ Defendant for detention hearing; ☒ granted. ☐ denied.
- ☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
- ☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
- ☒ Oral Motion by Government for pretrial detention is  ☒ granted. ☐ denied. ☐ withdrawn.
- ☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
- ☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
- ☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
- ☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
- ☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

- ☐ Release ordered
- ☒ Detention ordered
- ☐ Bond fixed at: $ _____
- ☒ Remanded to custody
- ☐ Continued on present bond/conditions

Defendant's next appearance:   ☐ as directed before Judge _____
    ☒ per the Scheduling Order of Judge Melgren
    ☐ on _____ at _____  ☐ a.m. ☐ p.m. before Judge _____
    for ☐ detention hearing  ☐ arraignment  ☐ prelim hearing  ☐ _____

NOTES: Court granted the Government's Oral Motion for Detention Hearing.